UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                             Cr. No. 04-20158-D

TAMMY BRITT,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SENTENCING HEARING

---

For good cause shown, the sentencing hearing in this matter is hereby **RESET** from Wednesday, May 11, 2005 to _Monday, May 23_, 2005. @ 10:30 AM

It is so **ORDERED**, this the _11_ day of May, 2005.

                                                HONORABLE BERNICE B. DONALD
                                                UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5/16/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20158 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT